**Appendix K**  Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
Sherman **DIVISION**

## APPLICATION TO APPEAR PRO HAC VICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP - 7 2006

DAVID J. MALAND, CLERK
BY
DEPUTY _____

1. This application is being made for the following: Case # 4:06CV350

Style: Robert C. LaDue v. LaFrance Corporation

2. Applicant is representing the following party/ies:
LaFrance Corporation

3. Applicant was admitted to practice in PA (state) on 11/18/68 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: U.S. Court of Appeals, Third Circuit, U.S. District Court for Eastern District of Pennsylvania, U.S. Supreme Court, U.S. District Court for Eastern District of Michigan

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Richard S. Meyer do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date September 4, 2006      Signature _____

Name (please print) ___Richard S. Meyer___
State Bar Number ___09233___
Firm Name: ___Blank Rome LLP___
Address/P.O. Box: ___One Logan Square___
City/State/Zip: ___Philadelphia, PA, 19103___
Telephone #: ___(215) 569-5665___
Fax #: ___(215)832-5665___
E-mail Address: ___meyer@blankrome.com___
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___7___ day of ___September___ 20___06___.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ___Linda Jackson___
Deputy Clerk