IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT C. LADUE, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4-06-CV-00350-RAS |
| LAFRANCE CORPORATION, | § § § | |
| Defendant. | § | |

### ORDER

Pending before the Court is Defendant LaFrance Corporation's ("LaFrance") Motion for Expedited Discovery. The Court, having been informed that the parties have reached agreement on Defendant's motion, and on other matters, orders as follows:

1. Plaintiff Robert Ladue ("LaDue") shall have in the hands of attorney for LaFrance, Robert Wood, all documents responsive to LaFrance's Requests for Production of Documents, on or before September 13, 2006.

2. LaDue shall appear for deposition on September 18, 2006, at 9:00 a.m., at Hughes & Luce, 1717 Main Street, Suite 2800, Dallas, Texas 75201.

3. Terry Abbas shall be deposed on September 28, 2006 (or as soon thereafter as is practicable).

4. LaDue's obligations under Sections 2(a) and (b) of the Court's Temporary Restraining Order shall be performed on September 1, 2006, at 2:00 p.m., at Hughes & Luce, 1717 Main Street, Suite 2800, Dallas, Texas 75201.



EXHIBIT A

5.  The parties shall cooperate in scheduling other necessary depositions.

SO ORDERED.

SIGNED this the 1st day of September, 2006.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE